■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TORRELL STONE, Appellant. [919 NYS2d 864]—

Upon this Court's independent review of the record, we conclude that nonfrivolous issues exist, including, but not limited to, whether the defendant's plea allocution was sufficient (*see People v Lopez*, 71 NY2d 662 [1988]; *People v Verdile*, 69 AD3d 661 [2010]). Accordingly, assignment of new counsel is warranted (*see People v Stokes*, 95 NY2d 633, 638 [2001]). Rivera, J.P., Florio, Dickerson, Hall and Roman, JJ., concur.